STATE OF NEW JERSEY v. ROBERT J. MARTIN, III.

September 26, 1989.

Petition for certification denied. (See 235 *N.J.Super.* 47).

STATE OF NEW JERSEY v. THOMAS DISTEFANO.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGELA COLINDRES.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY STEVENSON.

September 26, 1989.

Petition for certification denied.